Jason M. Drangel (JMD 7204)
Robert L. Epstein (RLE8941)
William C. Wright (WCW 2213)
EPSTEIN DRANGEL LLP
*Attorneys for Plaintiff*
60 East 42nd Street, Suite 2410
New York, NY 10165
Tel: 212-292-5390
Fax: 212-292-5391

**FILED**
**IN CLERK'S OFFICE**
**U.S. DISTRICT COURT E.D.N.Y.**

★  MAR 14 2012  ★

**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROVIO ENTERTAINMENT LTD<br>fka ROVIO MOBILE OY<br>Plaintiff<br><br>v.<br><br>XYZ TOY CORP<br>GREENVIEW PRODUCTS, CORP.<br>JIAN QING ZHU aka JENNY ZHU<br>and WEIJIAN WU aka LARRY XI<br>Defendants | 12 Civ. 0563 (JFB) |

**STIPULATED CONSENT PRELIMINARY INJUNCTION
AND ORDER CONFIRMING SEIZURE**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Plaintiff Rovio Mobile Oy ("Plaintiff" or "Rovio") and Defendants XYZ Toy Corp., Greenview Products, Corp., Jian Qing Zhu [a/k/a Jenny Zhu] and Weijian Wu i/s/h/a "Weigian Wu [a/k/a Larry Xi]" (collectively the "Defendants") agree and stipulate as follows:

1. On February 13, 2012, Plaintiff allegedly served Defendants with their respective Summons; Plaintiff's Original Complaint; Plaintiff's Ex Parte Emergency Application for [among other things] (1) Temporary Restraining Order, (2) Order to Show Cause Why a Preliminary

Injunction Should Not Issue; [and] (3) Seizure Order; the Appendix thereto; and the Court's Order to Seize Goods. Temporary Injunction, and Order to Seal.

2. Rovio alleges that it owns the following relevant certificates of registrations: VA1769078, VA1778702, VA1778705, VA1778703, VA1776995, VA1776992, VA1769080, VA1064249, VA1777195 as well as numerous common law copyrights. (cumulatively hereinafter referred as "Copyright Work").

3. Plaintiff also alleges that it owns the U.S. Trademark Registration No. 1976.576 for ANGRY BIRDS (the "Mark") for a wide variety of goods in Classes 9. 16; 28 and 41 including video-games for mobile devices and personal computers, electronic game equipment for playing video games, board games, playing cards, stationery, children's books, notebooks and plush toys.

4. Plaintiff's motion for a preliminary injunction is granted, and pursuant to Fed. R. Civ. P. 65 and 17 U.S.C. §§ 502 & 503, Defendants, their agents, servants and employees and all persons acting in concert with or under the direction of the Defendants who receive actual notice of this preliminary injunction order (including customers served with notice by Plaintiff) are preliminarily enjoined and restrained during the pendency of this action from:

 a. manufacturing, copying, distributing or selling any goods substantially similar to Plaintiff's Copyright Works or containing Plaintiff's Mark;

 b. Concealing, transferring or destroying goods that infringe Plaintiff's Copyright Works or Marks, (the "Goods");

 c. Contacting or helping people who make goods that infringe Plaintiff's Copyright Works or Marks: and

 d. Concealing, transferring or destroying documents, invoices, e-mails, finance records, communications with manufacturers, electronic files, hard drives, pictures.

videos, e-mails, packaging, packaging equipment, molds, designs, and other information about the Goods.

5. The seizure effected on February 13, 2012, pursuant to the Court's Amended Order to Seize Goods entered February 8, 2012, is confirmed.

6. The bond posted in compliance with the Court's Order to Seize Goods and Temporary Injunction is released.

7. The seal in this matter is removed, and the Clerk is instructed to return this file to the public portion of the Court's records.

8. Plaintiff, Plaintiff's counsel and Plaintiff's investigators and computer forensic representatives are authorized to review and inspect all goods and documents seized.

CONSENTED TO BY:

*Attorneys for the Plaintiff*
EPSTEIN DRANGEL LLP

BY: _____     3/13/12
Jason M. Drangel (JMD 7204)
Robert L. Epstein (RE8941)
William C. Wright (WCW 2213)
60 East 42nd Street, Suite 2410
New York, NY 10165
Telephone: (212)292-5390
Facsimile: (212)292-5391
E-mail: jdrangel@ipcounselors.com
Rovio Entertainment Ltd.

*Attorneys for the Defendants*
THE LAW FIRM OF HUGH H. MO, P.C.

BY: _____
Hugh H. Mo (HM 0425)
Franklin K. Chiu (FC 0354)

225 Broadway, Suite 2702

New York, New York 10007
(212) 385-1500
(212) 385-1870 (f)
hbmo8@verizon.net

SO ORDERED.

Signed March 14, 2012 at 5:00 p.m.

_____
Judge Joseph F. Bianco
United States District Judge