Hugh H. Mo
Franklin K. Chiu
THE LAW FIRM OF HUGH H. MO, P.C.
225 Broadway, Suite 2702
New York, New York 10007
(212) 385-1500
(212) 385-1870 (f)
hhmo8@verizon.net

*Attorneys for Defendants*
*XYZ Toy Corp., Greenview Products Corp.,*
*Jian Qing Zhu [a/k/a Jenny Zhu], and*
*Weijian Wu i/s/h/a "Weigian Wu [a/k/a Larry Xi]"*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ROVIO ENTERTAINMENT LTD
fka ROVIO MOBILE OY,

       Plaintiff,

  -against-

XYZ TOY CORP, GREENVIEW PRODUCTS, CORP.,
JIAN QING ZHU aka JENNY ZHU, and WEIJIAN WU
aka LARRY XI,

       Defendants.
------------------------------------------------------------------ X

Civil No.: 12-CV-0563 (JFB)

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant XYZ Toy Corp., Greenview Products Corp., Jian Qing Zhu [a/k/a Jenny Zhu], and Weijian Wu i/s/h/a "Weigian Wu [a/k/a Larry Xi]," ("Defendants"), by their attorneys, The Law Firm of Hugh H. Mo, P.C., as and for their Answer to Plaintiff's Complaint, state as follows:

### As and for an Answer to "Nature of the Action"

1. Deny the allegations contained in paragraph "1", and refer all questions of law to a determination by this Honorable Court.

## As and for an Answer to "Jurisdiction and Venue"

2. Deny the allegations contained in paragraph "2", and refer all questions of law to a determination by this Honorable Court.

3. Deny the allegations contained in paragraph "3", and refer all questions of law to a determination by this Honorable Court.

4. Deny the allegations contained in paragraph "4", and refer all questions of law to a determination by this Honorable Court.

## As and for an Answer to "The Parties"

5. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "5".

6. Admit the allegations contained in paragraph "6".

7. Admit the allegations contained in paragraph "7".

8. Admit the allegations contained in paragraph "8".

9. Deny the allegations contained in paragraph "9".

10. This paragraph does not require an answer inasmuch as it only serves to define Plaintiff's terms in the Complaint.

11. Deny the allegations contained in paragraph "11".

12. Deny the allegations contained in paragraph "12".

13. Deny the allegations contained in paragraph "13".

14. Deny the allegations contained in paragraph "14".

15. Deny the allegations contained in paragraph "15".

## COMMON FACTUAL ALLEGATIONS

### As and for an Answer to "Plaintiff Rovio and its Well-Known Angry Birds Game and Licensed Products"

16. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "16".

17. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "17".

18. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "18".

19. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "19".

20. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "20".

21. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "21".

22. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "22".

23. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "23".

24. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "24".

25. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "25".

26. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "26".

27. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "27".

28. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "28".

29. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "29".

30. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "30".

31. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "31".

32. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "32".

## As and for an Answer to Defendants' Wrongful and Infringing Conduct

33. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "33".

34. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "34".

35. Deny the allegations contained in paragraph "35".

36. Deny the allegations contained in paragraph "36".

37. Deny the allegations contained in paragraph "37".

38. Deny the allegations contained in paragraph "38".

39. Deny the allegations contained in paragraph "39".

40. Deny the allegations contained in paragraph "40", and refer all questions of law to a determination by this Honorable Court.

41. Deny the allegations contained in paragraph "41".

## CAUSES OF ACTION

### As and for an Answer to The First Cause of Action
### (Federal Copyright Infringement)
### [17U.S.C. §501(a)]

42. As and for an answer to paragraph "42", Defendants repeat and reiterates each and every answer to each and every one of the foregoing allegations herein, as if specifically set forth at length herein.

43. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "43".

44. Deny the allegations contained in paragraph "44".

45. Deny the allegations contained in paragraph "45".

46. Deny the allegations contained in paragraph "46".

47. Deny the allegations contained in paragraph "47".

48. Deny the allegations contained in paragraph "48".

### As and for an Answer to The Second Cause of Action
### (Trademark Counterfeiting Under Sections 32, 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1114(1)(b), 1116(d), and 1117(b)-(c))

49. As and for an answer to paragraph "49", Defendants repeat and reiterates each and every answer to each and every one of the foregoing allegations herein, as if specifically set forth at length herein.

50. Deny the allegations contained in paragraph "50".

51. Deny the allegations contained in paragraph "51".

52. Deny the allegations contained in paragraph "52".

53. Deny the allegations contained in paragraph "53".

54. Deny the allegations contained in paragraph "54".

55. Deny the allegations contained in paragraph "55".

## As and for an Answer to The Third Cause of Action
### (Infringement of Registered Transmarks)
### [115 U.S.C. § 1114/Lanham Act §32(a)]

56. As and for an answer to paragraph "56", Defendants repeat and reiterates each and every answer to each and every one of the foregoing allegations herein, as if specifically set forth at length herein.

57. Deny having knowledge or information sufficient to form a belief, except as to the truth of the allegations contained in paragraph "57".

58. Deny the allegations contained in paragraph "58", and refer all questions of law to a determination by this Honorable Court.

59. Deny the allegations contained in paragraph "59".

60. Deny the allegations contained in paragraph "60".

61. Deny the allegations contained in paragraph "61".

62. Deny the allegations contained in paragraph "62".

63. Deny the allegations contained in paragraph "63".

64. Deny the allegations contained in paragraph "64".

65. Deny the allegations contained in paragraph "65".

66. Deny the allegations contained in paragraph "66".

## As and for an Answer to The Fourth Cause of Action
### (False Designation of Origin, Passing Off & Unfair Competition)
### [15 U.S.C. § 1125(a)/Lanham Act §43(a)]

67. As and for an answer to paragraph "67", Defendants repeat and reiterates each and every answer to each and every one of the foregoing allegations herein, as if specifically set forth at length herein.

68. Deny the allegations contained in paragraph "68", and refer all questions of law to a determination by this Honorable Court.

69. Deny the allegations contained in paragraph "69".

70. Deny the allegations contained in paragraph "70".

71. Deny the allegations contained in paragraph "71".

72. Deny the allegations contained in paragraph "72".

73. Deny the allegations contained in paragraph "73".

74. Deny the allegations contained in paragraph "74".

75. Deny the allegations contained in paragraph "75".

76. Deny the allegations contained in paragraph "76".

## As and for an Answer to The Fifth Cause of Action
### (Violation of Deceptive Trade Practices Act – Gen. Bus. Law § 349)

77. As and for an answer to paragraph "77", Defendants repeat and reiterates each and every answer to each and every one of the foregoing allegations herein, as if specifically set forth at length herein.

78. Deny the allegations contained in paragraph "78".

### As and for an Answer to The Sixth Cause of Action
### (False Advertising – N.Y. Gen. Bus. Law § 350)

79. As and for an answer to paragraph "79", Defendants repeat and reiterates each and every answer to each and every one of the foregoing allegations herein, as if specifically set forth at length herein.

80. Deny the allegations contained in paragraph "80".

### As and for an Answer to The Seventh Cause of Action
### (Unfair Competition)
### [New York Common Law]

81. As and for an answer to paragraph "81", Defendants repeat and reiterates each and every answer to each and every one of the foregoing allegations herein, as if specifically set forth at length herein.

82. Deny the allegations contained in paragraph "82".

83. Deny the allegations contained in paragraph "83".

84. Deny the allegations contained in paragraph "84".

85. Deny the allegations contained in paragraph "85".

86. Deny the allegations contained in paragraph "86".

87. Deny the allegations contained in paragraph "87".

88. Deny the allegations contained in paragraph "88".

89. Deny the allegations contained in paragraph "89".

### As and for an Answer to The Eighth Cause of Action
### (Unjust Enrichment)

90. As and for an answer to paragraph "90", Defendants repeat and reiterates each and every answer to each and every one of the foregoing allegations herein, as if specifically set forth at length herein.

91. Deny the allegations contained in paragraph "91".

92. Deny the allegations contained in paragraph "92".

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

93. All or part of Plaintiff's claims may be barred by the applicable statute of limitations or by laches.

### SECOND AFFIRMATIVE DEFENSE

94. Plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

95. Plaintiff's Complaint fails to state the bases of the causes of action contained therein with sufficient particularity and specificity.

### FOURTH AFFIRMATIVE DEFENSE

96. To the extent that Defendants can be considered to have "used" the Plaintiff's marks, such use constitutes fair use of those marks.

### DEMAND FOR TRIAL BY JURY

97. Defendants respectfully demand a trial by jury in this action.

**WHEREFORE,** Defendants respectfully pray that this Court dismiss Plaintiff's Complaint against them with prejudice, and award them reasonable attorneys' fees, costs and disbursements together with such other and further relief as this Court deems necessary and just.

Dated: New York, New York
April 2, 2012

THE LAW FIRM OF HUGH H. MO, P.C.

By: Hugh H. Mo, Esq. (HM 0425)

Attorneys for Defendants

225 Broadway, Suite 2702
New York, New York 10007
(212) 385-1500
(212) 385-1870 (f)

TO: EPSTEIN DRANGEL LLP
Jason M. Drangel (JMD 7204)
*Attorneys for the Plaintiff*
60 East 42nd Street, Suite 2410
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
E-mail: jdrangel@ipcounselors.com