UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROVIO ENTERTAINMENT LTD. f/k/a
ROVIO MOBIL OY,

                              Plaintiff,                        **ORDER**
                                                                           CV 12-563 (JFB)(ARL)
       -against-

XYZ TOY CORP., et al.,

                              Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

       A settlement conference in the above captioned case has been scheduled for **June 5, 2012 at 11:30 a.m**., to be held in Courtroom 810 in the United States Federal Courthouse in Central Islip.  Parties shall submit a written statement of their respective settlement positions, ex parte, to the undersigned by May 29, 2012.  The ex parte settlement letter should not exceed three pages.

Dated:  Central Islip, New York                   SO ORDERED:
         May 21, 2012

                                                     _____/s/_____
                                                     ARLENE ROSARIO LINDSAY
                                                     United States Magistrate Judge